IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

REALTY MORTGAGE COMPANY                                              PLAINTIFF

VS.                                         CIVIL ACTION NO. 3:09CV76TSL-JCS

FEDERAL INSURANCE COMPANY                                            DEFENDANT

<u>ORDER</u>

    This cause is before the court on the July 23, 2009 report and recommendation of Magistrate Judge James C. Sumner, recommending that defendant's motion to dismiss be denied. Having reviewed report and recommendation, the court hereby adopts it as the court's own opinion.

    Accordingly, it is further ordered that defendant's motion to dismiss is denied and that plaintiff's motion for an extension of time in which to employ special counsel is denied as moot.

    SO ORDERED this 11th day of August, 2009.


                                          /s/ Tom S. Lee_____
                                          UNITED STATES DISTRICT JUDGE